IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHESTER CLIFTON GRAHAM,

        Plaintiff,

v.

GILA, LLC, d/b/a MUNICIPAL
SERVICES BUREAU,

        Defendant.

COURT FILE NO.: 0:13-cv-00138-JNE-TNL

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff, Chester Clifton Graham and Defendant Gila, LLC d/b/a Municipal Services Bureau ("Gila"), that the above-captioned action against Gila, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

PLAINTIFF

Dated: May 16, 2013

By:  s/ Chester Clifton Graham
Chester Clifton Graham
Attorney *pro se*
Wellstone Commons #206
408 Spring Street North
Northfield, MN 55057
952-388-7059

2344635v1

chester474@gmail.com

ATTORNEYS FOR DEFENDANT

Dated: May 17, 2013                By:   s/ Michael S. Poncin
                                   Michael S. Poncin, #296417
                                   James R. Bedell, #351544
                                   MOSS & BARNETT, P.A.
                                   4800 Wells Fargo Center
                                   90 South Seventh Street
                                   Minneapolis, MN  55402-4129
                                   Telephone:  (612) 877-5000
                                   Facsimile:  (612) 877-5999
                                   PoncinM@moss-barnett.com
                                   BedellJ@moss-barnett.com

2344635v1